UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
RSolarz@kmllawgroup.com
Attorneys for Secured Creditor
Global Lending Services, LLC

In Re:
    Gloriann M. Walker,
Debtor
    Candace McCoy
Co-Debtor



**Order Filed on July 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-11058 MBK

Adv. No.:

Hearing Date: 7/10/19 @ 9:00 a.m..

Judge: Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Gloriann M. Walker, Candace McCoy
Case No:  18-11058 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Global Lending Services, LLC, Rebecca A. Solarz appearing, upon a motion to vacate the automatic stay as to 2016 Kia Optima, VIN: 5XXGT4L35GG031496, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael M. Khalil, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 5, 2019, Debtors are due for the May 21, 2019 – June 21, 2019 post-petition payments for a total post-petition default of $395.36 ( 2 @ $389.02, less suspense $382.68); and

It is **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $395.36 to be received no later than July 10, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume July 21, 2019, directly to Secured Creditor's servicer, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29603; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.