Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−11058−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gloriann M. Walker
   aka Gloriann Marie Walker, aka Gloria A
   Walker
   275 Hazlitt Way
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 2, 2019.

On August 12, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            September 15, 2020
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 13, 2020
JAN: mrg

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 18-11058-MBK
Gloriann M. Walker                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Aug 13, 2020
                              Form ID: 185               Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db              +Gloriann M. Walker,    275 Hazlitt Way,    Somerset, NJ 08873-4939
517283677       +Carriage Homes at Quailbrook HOA,    c/o Hill Wallack LLP,    21 Roszel Road,    Po Box 5226,
                  Princeton, NJ 08543-5226
517383818       +Carriage Homes at Quailbrook Homeowners,    Association, Inc.,    c/o Hill Wallack LLP,
                  21 Roszel Road, P.O. Box 5226,    Princeton, NJ 08543-5226
517283678      #+First Credit Services,    377 Hoes Lane,    Suite 200,    Piscataway, NJ 08854-4155
517283681       +OC5 , LLC / US Bank Cust for PC5,    50 South 16th Street,    Suite 2050,
                  Philadelphia, PA 19102-2516
517286547       +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517283682       +Sequoia Investments,    PO Box 5600,   Woodbridge, NJ 07095-0988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2020 00:12:49     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2020 00:12:44     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517283676       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 00:21:50     Capital One Bank USA,
                  Po Box 30261,    Salt Lake City, UT 84130-0261
517283679        E-mail/Text: bankruptcy@glsllc.com Aug 14 2020 00:11:43     Global Lending Services,
                  PO Box 10437,    Greenville, SC 29603
517323454        E-mail/Text: bankruptcy@glsllc.com Aug 14 2020 00:11:43     Global Lending Services LLC,
                  1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
517283680        E-mail/PDF: pa_dc_claims@navient.com Aug 14 2020 00:21:08     Navient,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
517335448        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Aug 14 2020 00:11:51
                  Navient Solutions, LLC on behalf of,    Great Lakes Higher Education,    Guaranty Corp.,
                  GLHEC and Affiliates,    PO BOX 8961,    Madison, WI 53708-8961
517332369       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 00:22:58
                  Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
517283683       +E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2020 00:13:25      SPS,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
517298115       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 00:22:59     T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517423198        E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2020 00:13:25
                  U.S. Bank, N.A., successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517283684      ##+Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                 Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 13, 2020
                              Form ID: 185               Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Bruce C. Truesdale    on behalf of Debtor Gloriann M. Walker brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   Carriage Homes at Quailbrook Condominium
               Association, Inc. eak@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Michael M Khalil    on behalf of Debtor Gloriann M. Walker mkhalilecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Global Lending Services, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```