Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−11058−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gloriann M. Walker
   aka Gloriann Marie Walker, aka Gloria A
   Walker
   275 Hazlitt Way
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/26/22 at 09:00 AM

to consider and act upon the following:

*66* − Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 275 Hazlitt Way, Franklin (Somerset), NJ 08873. Fee Amount $ 181. filed by Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005−FR1, Asset−Backed Certificates Series 2005−FR1, 31 Order on Motion For Relief From Stay) filed by Michael J. Milstead on behalf of Select Portfolio Servicing, Inc., as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005. Objection deadline is 09/22/2022. (Attachments: # 1 Schedule A # 2 Schedule B # 3 Proposed Order # 4 Certificate of Service) (Milstead, Michael)

Dated: 9/22/22

      Jeanne Naughton
      Clerk, U.S. Bankruptcy Court