Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−11058−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gloriann M. Walker
   aka Gloriann Marie Walker, aka Gloria A
   Walker
   275 Hazlitt Way
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/22/22 at 09:00 AM

to consider and act upon the following:

*71* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/25/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/25/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court