| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Milstead & Associates, LLC<br>By: Roger Fay, Esq., ID No. 60002014<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 212182-17<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 | |
| In Re:<br><br>Gloriann Walker | Case No.: 18-11058-MBK<br>Chapter 13<br><br>Hearing Date: December 14, 2022<br>Time: 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  <u>Creditor's Certification of Default filed on September 8, 2022 as Document No. 66.</u>

Date: December 13, 2022                /s/ Roger Fay
                                                                Signature

*Rev8/1/15*