Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−11058−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gloriann M. Walker
   aka Gloriann Marie Walker, aka Gloria A
   Walker
   275 Hazlitt Way
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Gloriann M. Walker</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 9, 2024
JAN: gan

                                                                         <u>Jeanne Naughton, Clerk</u>