| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gloriann M. Walker <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6856 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–11058–MBK | |

## Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gloriann M. Walker
   aka Gloriann Marie Walker, aka Gloria A Walker

<u>1/29/24</u>                                                    **By the court:** <u>Michael B. Kaplan</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Gloriann M. Walker  
    Debtor

Case No. 18-11058-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2024      Form ID: 3180W      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloriann M. Walker, 275 Hazlitt Way, Somerset, NJ 08873-4939 |
| 517283677 | + | Carriage Homes at Quailbrook HOA, c/o Hill Wallack LLP, 21 Roszel Road, Po Box 5226, Princeton, NJ 08543-5226 |
| 517383818 | + | Carriage Homes at Quailbrook Homeowners, Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517283681 | + | OC5 , LLC / US Bank Cust for PC5, 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 517283682 | + | Sequoia Investments, PO Box 5600, Woodbridge, NJ 07095-0988 |
| 517283684 | + | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517283676 | + | EDI: CAPITALONE.COM | Jan 30 2024 01:35:00 | Capital One Bank USA, Po Box 30261, Salt Lake City, UT 84130-0261 |
| 517323454 | | Email/Text: bankruptcy@glsllc.com | Jan 29 2024 20:47:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 517283679 | | Email/Text: bankruptcy@glsllc.com | Jan 29 2024 20:47:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603 |
| 517283680 | | EDI: NAVIENTFKASMSERV.COM | Jan 30 2024 01:35:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517335448 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 29 2024 20:47:00 | Navient Solutions, LLC on behalf of, Great Lakes Higher Education, Guaranty Corp., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 517332369 | + | EDI: PRA.COM | Jan 30 2024 01:35:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517286547 | ^ | MEBN | Jan 29 2024 20:47:01 | Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn,, Suite 302, Alpharetta, GA 30022-1119 |
| 517283683 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2024 20:48:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517298115 | + | EDI: AIS.COM | Jan 30 2024 01:38:00 | T Mobile/T-Mobile USA Inc, by American |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 3180W | Total Noticed: 18 |

| | | | |
|---|---|---|---|
| 517423198 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Jan 29 2024 20:48:00 | | InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901<br>U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Select Portfolio Servicing, Inc., as servicer for, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| 517283678 | ##+ | First Credit Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders ajennings@raslg.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Bruce C. Truesdale | on behalf of Debtor Gloriann M. Walker brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carriage Homes at Quailbrook Condominium Association  Inc. eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Michael J. Milstead | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Michael J. Milstead | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 3180W | Total Noticed: 18 |

on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Michael M Khalil

on behalf of Debtor Gloriann M. Walker mkhalilecf@gmail.com

R. A. Lebron

on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005 bankruptcy@fskslaw.com

Roger Fay

on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005 rfay@alaw.net, bkecf@milsteadlaw.com

Roger Fay

on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 rfay@alaw.net, bkecf@milsteadlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14