| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BRUCE C. TRUESDALE, P.C.<br>11 Greenbrook Road<br>Middlesex, New Jersey 08846<br>BY: Bruce C. Truesdale, Esq. (BC 0928)<br>Phone: 732-302-9600<br>Fax: 732-302-9066<br>Attorney for Debtor[s]<br><br>In Re:<br><br>GLORIANN M. WALKER | Case No.: 18-11058<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: 7/10/24<br><br>Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On June 6, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Motion to Reopen Case re: Strip off Unsecured Second Mortgage Lien on Debtor's Home

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/6/24

/s/ Sarah A. Vanderstreet
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quimby Ventures, LLC<br>113 West G Street<br>Box 807<br>San Diego, CA 92101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LOGS Legal Group LLP<br>14000 Commerce Parkway<br>Suite B<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gloriann M. Walker<br>275 Hazlitt Way<br>Somerset, NJ 08873 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |